THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CLEARING HOUSE BUILDING COMPANY, Appellant, *v.* EDWARD P. BARKER et al., Commissioners of Taxes and Assessments of the City of New York, Respondents.

SAME, Appellant, *v.* SAME, Respondents.

*People ex rel. Clearing House* v. *Barker*, 31 App. Div. 315, affirmed.
(Argued February 27, 1899; decided March 14, 1899.)

APPEAL in each of the above-entitled proceedings from a judgment and order of the Appellate Division of the Supreme

Court in the first judicial department, entered respectively June 15, 1898, and January 19, 1899, affirming orders of Special Term dismissing writs of certiorari to review assessments against relator for the years 1896 and 1897.

*David Willcox* and *William S. Opdyke* for appellant.

*James M. Ward* for respondents.

Judgments and orders affirmed, with costs; no opinion. All concur.